# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| DEMITRIC ANDRE SMITH, | *<br>* |
| Plaintiff, | *  CIVIL ACTION NO.: 5:16-cv-33<br>* |
| v. | *<br>* |
| ANGELA SPELL-HUTTO, | *<br>* |
| Defendants. | * |

### ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's August 8, 2016, Report and Recommendation, dkt. no. 7, to which Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections, dkt. no. 8. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___7___ day of ___September___, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)